IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOE GABRIEL GUTIERREZ RAMIREZ,

          Petitioner,               No. 2:12-cv-0770 KJN P

    vs.

KATHERING LIPEL,

          Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel or "pro se," has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2  pauperis form used by this district.

3  DATED:  March 28, 2012

4

5                                            _____

6                                            KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
7  rami0770.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2